IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANASTACIA AGUAYO, individually and on behalf of all similarly situated individuals,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DRYBAR HOLDINGS LLC,<br><br>　　　　Defendant. | Case No. 20-cv-07422<br><br>Hon. Edmond E. Chang<br><br>Hon. Magistrate Susan E. Cox |

**DEFENDANT DRYBAR HOLDINGS LLC'S**
**MOTION TO DISMISS AND COMPEL ARBITRATION**

Defendant Drybar Holdings LLC ("Defendant"), by and through its attorneys, moves the Court pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure for an order dismissing the Complaint filed by Plaintiff Anastacia Aguayo ("Plaintiff") with prejudice and compelling arbitration on an individual, bilateral basis pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16. The basis for this motion is contained in Defendant's Memorandum of Law in Support of Its Motion to Dismiss and Compel Arbitration.

DATED: January 29, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DRYBAR HOLDINGS LLC

　　　　　　　　　　　　　　　　　　　　By /s/ *Thomas E. Ahlering*
　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Thomas E. Ahlering
*tahlering@seyfarth.com*
Andrew R. Cockroft
*acockroft@seyfarth.com*
SEYFARTH SHAW LLP
233 S. Wacker Dr., Suite 8000
Chicago, Illinois 60606
Telephone: 312-460-5000
Facsimile: 312-460-7000

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

                /s/ *Thomas E. Ahlering*